**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **FLORENCE COLE,** | |
| Plaintiff, | |
| v. | Civil Action No. 7:20-cv-205-HL |
| **KILOLO KIJAKAZI**, | |
| Defendant. | |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Agency's request to remand this action, this case is hereby remanded.

On remand, the Appeals Council will direct the Administrative Law Judge to take any steps necessary to fully develop the administrative record; provide Plaintiff an opportunity for a new hearing; and to submit additional evidence in support of her claim. Further, the Appeals Council will direct the Administrative Law Judge to obtain supplemental vocational evidence or otherwise comply with Social Security Ruling 00-4p to resolve all apparent conflicts and articulate the resolution of any apparent conflicts between the jobs identified and the Dictionary of Occupational Titles.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 3rd day of March, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**