IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FLORENCE COLE, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-205(HL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed June 1, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,154.77, $400.00 costs, and $21.15 service expenses."

This 1st day of June, 2022.

David W. Bunt, Clerk

s/  S. B. DeCesare, Deputy Clerk